IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON AUG 24 2026 PER DEPUTY CLERK

| | | |
|---|---|---|
| **JODY K. BUTTS,** **Plaintiff** | : | **No. 1:26cv1908** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | **(Chief Magistrate Judge Bloom)** |
| **EXTRA STORAGE,** **Defendants** | : | |

**ORDER**

Before the court is a report and recommendation ("R&R") in the above matter. (Doc. 6). Chief United States Magistrate Judge Daryl F. Bloom recommends dismissal of this action without prejudice for failure to comply with a court order that directed her to complete an application for leave to proceed in forma pauperis or pay the filing fee. Id. at 2.

The R&R was issued on August 3, 2026. By statute, the plaintiff had 14 days to object to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C). No objections have been received and the time for filing has passed.

Section 636(b)(1) requires that the plaintiff file timely and specific objections to trigger de novo review of the R&R. Goney v. Clark, 749 F.2d 5, 6 (3d Cir. 1984) (per curiam). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72, Notes of Advisory Committee

on Rules—1983 (citation omitted). After review, the court discerns no error in the magistrate judge's approach to approaching this deficiency, and it would not be a manifest injustice to dismiss this action without prejudice.

It is thus hereby **ORDERED** as follows:

1) The R&R, (Doc. 6), is **ADOPTED** in its entirety;

2) The complaint, (Doc. 1), is **DISMISSED** without prejudice; and

3) The Clerk of Court is directed to close this case.

**Date:** 8/24/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**